IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 10-00187-01-CR-W-ODS |
| ROBERT MONTGOMERY, ) | |
| Defendant. ) | |

**ORDER (1) ADOPTING MAGISTRATE JUDGE'S REPORTS AND RECOMMENDATION (DOC. 151), AND
(2) DENYING MOTION DISMISS (DOC. 138)**

The Honorable Sarah W. Hays issued her Report and Recommendation concluding that the Court should deny Defendant's motions to dismiss. Defendant filed objections to Judge Hays' Report and Recommendation. *See* 28 U.S.C. § 636(b)(1). The Court has conducted a de novo review of the record, as well as the applicable law. The Court agrees with the Report and Recommendation that the evidence Defendant contends should have been preserved or obtained was not exculpatory. The Court further agrees with the Report and Recommendation that Defendant failed to show bad faith on the part of the government in not preserving or obtaining this evidence. Judge Hays' Report and Recommendation is adopted as the Order of the Court. Defendant's motion to dismiss is denied.

IT IS SO ORDERED.

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
DATE: November 18, 2011
UNITED STATES DISTRICT COURT